# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

BEVERLY KING,

    Plaintiff,

v.                                                      CASE NO. 1:13-cv-00123-MP-GRJ

CAROLYN W. COLVIN,

    Defendant.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 2, 2014. (Doc. 17). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The magistrate judge's Report and Recommendation (Doc. 17) is adopted and incorporated by reference in this order.

2. The decision of the Commissioner is **REVERSED and REMANDED** under sentence four of 42 U.S.C. § 405(g).

3. The Clerk of Court is directed to close this case.

**DONE AND ORDERED** this 3rd day of July, 2014

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge